IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00260-ZLW

WADIH E. EL-HAGE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for a transfer or refund of the filing fee, which he makes in a letter to the Court filed on July 13, 2005, is DENIED. Plaintiff's request for a refund of the filing fee, which he makes in a letter to the Court filed on September 1, 2005, also is DENIED.

Dated: September 7, 2005

---

Copies of this Minute Order mailed on September 7, 2005, to the following:

Wadih E. El-Hage
Reg. No. 42393-054
ADX-Florence
P.O. Box 8500
Florence, CO 81226

                              Secretary/Deputy Clerk