IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00260-ZLW

WADIH E. EL-HAGE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for unspecified relief, which he makes in a letter to the Court filed on September 23, 2005, is DENIED. The instant action was dismissed on March 24, 2005, and the Court previously has denied Plaintiff's requests for a refund or transfer of the filing fee paid in another action.

Dated: September 26, 2005

Copies of this Minute Order mailed on September 26, 2005, to the following:

Wadih El-Hage
Reg. No. 42393-054
ADX – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk